**F. R. HANRAHAN v. COMMISSIONER OF INTERNAL REVENUE.**

No. 7648.

Circuit Court of Appeals, Sixth Circuit.

April 6, 1938.

Herbert S. Duffy, of Columbus, Ohio, and Mooney, Hahn, Loeser & Keough, of Cleveland, Ohio, for petitioner.

James W. Morris, Asst. Atty. Gen., for respondent.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

It is ordered that the appeal herein be, and the same is, dismissed pursuant to motion of appellant.

Appeal dismissed.

**Miner L. HART, Appellant, v. UNITED STATES, Appellee.**

No. 7438.

Circuit Court of Appeals, Sixth Circuit.

March 8, 1938.

Paul D. Smith and Thos. H. Sutherland, both of Marion, Ohio, for appellant.

E. B. Freed, U. S. Atty., of Cleveland, Ohio, for appellee.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

It appearing that under the allegations of appellant's petition the District Court would have been without jurisdiction to review the findings of the United States Employees Compensation Commission in the controversy between appellant and appellee, and it was therefore without jurisdiction to entertain appellant's petition for a declaratory decree under the Declaratory Judgment Act (Title 28, § 400 U.S.C.), and that the action of the court in dismissing the petition was not erroneous, it is ordered and adjudged that the order appealed from be, and the same is hereby, affirmed.

**Guy T. HELVERING, Commissioner of Internal Revenue, Petitioner, v. Blanche M. GOURMAJENKO, Formerly Blanche M. Reynolds, Maude M. Cabell, and Samuel T. Morgan, Jr., Executors of the Will of Sally F. Morgan, Deceased, Respondents.**

No. 4282.

Circuit Court of Appeals, Fourth Circuit.

March 14, 1938.

James W. Morris, Asst. Atty. Gen., Sewall Key, Sp. Asst. to Atty. Gen., and J. P. Wenchel, Chief Counsel, and Frank T. Horner, Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., for petitioner.

Legh R. Page and Patrick A. Gibson, both of Richmond, Va., for respondents.

PER CURIAM.

Case dismissed under rule 20 in accordance with stipulation of counsel.